UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.:  19-03148
DONALD BURRELL )
) Chapter: 13
) Honorable Pamela S. Hollis
)
)
Debtor(s) )

## ORDER MODIFYING AUTOMATIC STAY

THIS MATTER COMING TO BE HEARD on the Motion filed by BAYVIEW LOAN SERVICING, LLC to modify the Automatic Stay, due notice having been given and the Court being fully advised in the premises.

IT IS HEREBY ORDERED that the Automatic Stay against BAYVIEW LOAN SERVICING, LLC, and its agent or assigns be, and the same is modified pursuant to §362(d) of the United States Bankruptcy Code as to the real property commonly known as 2551 DEWES LANE , NAPERVILLE, IL 60564.

IT IS FURTHER ORDERED that the Proof of Claim filed on behalf of BAYVIEW LOAN SERVICING, LLC, in connection with the real property, shall hereby be withdrawn.

IT IS FURTHER ORDERED that the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable and BAYVIEW LOAN SERVICING, LLC may immediately enforce and implement this order granting relief from automatic stay.

Enter:

Honorable William V. Altenberger
United States Bankruptcy Judge

Dated:  November 01, 2019

**Prepared by:**

LAW OFFICES OF IRA T. NEVEL, LLC
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Richard Drezek
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois  60606
(312) 357-1125
Pleadings@nevellaw.com